IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II, LLC,<br><br>PLAINTIFF,<br>vs.<br><br>AT&T CORP. D/B/A AT&T ADVANCED SOLUTIONS D/B/A SBC ADVANCED SOLUTIONS; AT&T COMMUNICATIONS OF TEXAS, LLC; AT&T OPERATIONS, INC.; AT&T SERVICES, INC.; AT&T VIDEO SERVICES, INC. A/K/A AT&T VIDEO SERVICES, LLC; SBC INTERNET SERVICES, INC. D/B/A AT&T ENTERTAINMENT SERVICES D/B/A AT&T INTERNET SERVICES D/B/A PACIFIC BELL INTERNET SERVICES; AND SOUTHWESTERN BELL TELEPHONE COMPANY,<br><br>DEFENDANTS. | Civil Action No. 1:13-CV-00116-LY<br>(LEAD CASE) |
| INTELLECTUAL VENTURES II, LLC,<br><br>PLAINTIFF,<br>vs.<br><br>CENTURYTEL BROADBAND SERVICES, LLC D/B/A CENTURYLINK AND QWEST CORP. D/B/A CENTURYLINK QC,<br><br>DEFENDANTS. | Civil Action No. 1:13-CV-00118-LY |

| | |
|---|---|
| **INTELLECTUAL VENTURES II, LLC,**<br><br>**PLAINTIFF,**<br>vs.<br><br>**WINDSTREAM COMMUNICATIONS TELECOM, LLC, WINDSTREAM COMMUNICATIONS KERRVILLE, LLC, WINDSTREAM SUGARLAND INC., TEXAS WINDSTREAM, INC., VALOR TELECOMMUNICATIONS OF TEXAS, LLC D/B/A WINDSTREAM COMMUNICATIONS SOUTHWEST, PAETEC COMMUNICATIONS, INC., AND MCLEOD USA TELECOMMUNICATIONS SERVICES, LLC D/B/A PAETEC BUSINESS SERVICES,**<br><br>**DEFENDANTS.** | **Civil Action No. 1:13-CV-00119-LY** |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to paragraph 6 of the Court's Joint Initial Scheduling Order, Plaintiff Intellectual Ventures II, LLC and Defendants in the above captioned cases, Civil Action Nos. 1:13-CV-00116-LY, 1:13-CV-00118-LY, and 1:13-CV-00119-LY, (collectively, "Defendants"), hereby submit their Joint Claim Construction Statement with respect to the asserted claims of U.S. Patent No. 6,246,695 ("'695 Patent"); U.S. Patent No. 6,424,636 ("'636 Patent"); U.S. Patent No. 6,798,735 ("'735 Patent"); U.S. Patent No. 7,817,532 ("'532 Patent"); U.S. Patent No. 6,266,348 ("'348 Patent"); U.S. Patent No. 5,534,912 ("'912 Patent"); 5,790,548 ("'548 Patent"); U.S. Patent No. 6,101,182 ("'182 Patent"); U.S. Patent No. 6,567,473 ("'473 Patent"); U.S. Patent No. 6,667,991 ("'991 Patent"); U.S. Patent No. 7,649,928 ("'928 Patent"); U.S. Patent No. 7,860,175 ("'175 Patent"); U.S. Patent No. 8,045,601 ("'601 Patent"); U.S. Patent No. 6,498,808 ("'808 Patent"); U.S. Patent No. 6,654,410 ("'410 Patent"); U.S. Patent No.

7,508,876 ("'876 Patent"); U.S. Patent No. 6,647,068 ("'068 Patent"); U.S. Patent No. 7,272,171 ("'171 Patent"); and U.S. Patent No. 7,826,545 ("'545 Patent").

## I. PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM, PHRASE, OR CLAUSE AND IDENTIFICATION OF SUPPORT

The charts in attached Exhibit A identify disputed claim terms, phrases, or clauses. Each chart sets forth by patent family each party's positions regarding proposed constructions of these disputed claim terms, phrases, or clauses, together with an identification of intrinsic evidence and extrinsic evidence of the parties in support of their constructions. Each party reserves the right to rely on the evidence proffered by the other. The parties agree that citations to the specification of a patent within a related family also applies to other patents within that family; consequently, the parties reserve the right to rely upon similar disclosures in any non-cited asserted patents within the same family. In view of the expert disclosure deadline being set for April 11, 2014, the parties agree that no citation of expert evidence need be included in this joint claim construction statement and attached exhibits.

## II. CONSTRUCTION OF CLAIM TERMS, PHRASES, OR CLAUSES ON WHICH THE PARTIES AGREE

The charts in attached Exhibit B identify claim terms, phrases, or clauses for which the parties agree on the construction. Each chart sets forth by patent family the parties' agreed constructions for these claim terms, phrases, or clauses.

Dated:  February 21, 2014                     Respectfully submitted,


                                              By: /s/ Jeffrey B. Plies
                                              Jeffrey B. Plies
                                              Signature on file with the U.S. District Clerk

3

Martin J. Black (SBN  050751991)
-- LEAD ATTORNEY (admitted *pro hac vice*)
martin.black@dechert.com
DECHERT LLP
Cira Centre 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Jeffrey B. Plies (SBN  24027621)
jeffrey.plies@dechert.com
Joshua J. Yi (SBN  24084133)
(admitted *pro hac vice*)
joshua.yi@dechert.com
Stephen R. Dartt (SBN 24042370)
stephen.dartt@dechert.com
DECHERT LLP
300 W. 6th Street
Suite 2010
Austin, TX 78701
(512) 394-3000

Stephen J. Akerley (SBN  240793)
(admitted pro hac vice)
Stephen.Akerley@dechert.com
Justin F. Boyce (SBN 181488)
(admitted pro hac vice)
justin.boyce@dechert.com
DECHERT LLP
2440 W. El Camino Real Suite 700
Mountain View, CA 94040-1499
(650) 813-4800

Counsel for Plaintiffs
Intellectual Ventures II LLC

By:  _/s/ Darryl Adams_____
Bryant C. Boren, Jr.
*Lead Attorney*
State Bar No. 02664100
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: 650-739-7501
Facsimile:  650-739-7601
bryant.c.boren@bakerbotts.com

4

Darryl J. Adams
State Bar No. 00796101
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: 512.322.2500
Facsimile: 512.322.2501
darryl.adams@bakerbotts.com

Roger Fulghum
State Bar No. 00790724
Kevin Cadwell
State Bar No. 24036304
Ali Dhanani
State Bar No. 24055400
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, TX 77002
Telephone: 713.229.1234
Facsimile:  713.229.7750
roger.fulghum@bakerbotts.com
kevin.cadwell@bakerbotts.com
ali.dhanani@bakerbotts.com

Alan D Albright
Bracewell & Giuliani LLP
111 Congress Ave., Suite 2300
Austin, TX 78701
512-494-3620
Fax: 512-472-9123
alan.albright@bgllp.com

*Counsel for Defendants AT&T Corp., AT&T Communications of Texas, LLC, AT&T Operations, Inc., AT&T Services, Inc., AT&T Video Services, Inc., SBC Internet Services, Inc., and Southwestern Bell Telephone Co.*

By:  */s/ Darin Snyder*
Darin Snyder (*pro hac vice*)
dsnyder@omm.com
Melody Drummond Hansen (*pro hac vice*)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP

5

Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ryan Yagura (Texas Bar No. 24075933)
ryagura@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6189
Facsimile: (213) 430-6407

*Counsel for Defendants CenturyTel Broadband Services, LLC and Qwest Corporation*

By: */s/ Brett C. Govett*
Brett C. Govett
Texas Bar No. 08235900
Email: brett.govett@nortonrosefulbright.com
Richard S. Krumholz
Texas Bar No. 00784425
Email: richard.krumholz@nortonrosefulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Counsel for Defendants Windstream Communications Telecom, LLC, Windstream Communications Kerrville, LLC, Windstream Sugarland Inc., Texas Windstream, Inc., Valor Telecommunications of Texas, LLC d/b/a Windstream Communications Southwest, Paetec Communications, Inc., and McLeod USA Telecommunications Services, LLC d/b/a Paetec Business Services*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via electronic delivery on February 21, 2014.

By: */s/ Ali Dhanani*_____