**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

INTELLECTUAL VENTURES II LLC,

      Plaintiff,

      v.

AT&T CORP. (d/b/a AT&T ADVANCED
SOLUTIONS, d/b/a SBC ADVANCED
SOLUTIONS), AT&T COMMUNICATIONS OF
TEXAS, LLC, AT&T OPERATIONS, INC.,
AT&T SERVICES, INC., AT&T VIDEO
SERVICES, INC., SBC INTERNET SERVICES,
INC.  (d/b/a AT&T ENTERTAINMENT
SERVICES, d/b/a AT&T INTERNET SERVICES,
d/b/a PACIFIC BELL INTERNET SERVICES),
and SOUTHWESTERN BELL TELEPHONE
CO.,

      Defendants.

Civil Action No. 1:13-cv-116-LY

JURY TRIAL DEMANDED

## <u>JOINT MOTION TO EXTEND STAY PENDING SETTLEMENT</u>

Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures") and Defendants AT&T

Corp., AT&T Communications Of Texas, LLC, AT&T Operations, Inc., AT&T Services, Inc.,

AT&T Video Services, Inc., SBC Internet Services, Inc., and Southwestern Bell Telephone Co.,

(collectively "AT&T") wish to inform the Court that the parties continue to negotiate the final

details of their comprehensive formal agreement resolving both the dispute of the above-

captioned case, and all other infringement disputes currently pending between the parties.

Intellectual Ventures and AT&T respectfully request that the Court extend the June 30 deadline

to file case-closing documents referenced in the Court's April 24 Order (D.I. 277), and enter a

further stay of all scheduling events and deadlines of any kind, including but not limited to all

hearing and trial dates, until August 15, 2017, so that the parties may complete their agreement.

Date:   June 28, 2017

/s/ *Jeffrey B. Plies*
Martin J. Black (SBN 050751991)
LEAD ATTORNEY (admitted pro hac vice)
martin.black@dechert.com
**DECHERT LLP**
Cira Centre 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Jeffrey B. Plies (SBN 24027621)
jeffrey.plies@dechert.com
**DECHERT LLP**
300 W. 6th Street
Suite 2010
Austin, TX 78701
(512) 394-3000

S. Michael Song (SBN 198656)
(admitted pro hac vice)
michael.song@dechert.com
Justin F. Boyce (SBN 181488)
(admitted pro hac vice)
justin.boyce@dechert.com
**DECHERT LLP**
2440 W. El Camino Real Suite 700
Mountain View, CA 94040-1499
(650) 813-4800

*Counsel for Plaintiff*
*Intellectual Ventures II LLC*

/s/ *Darryl J. Adams*
Bryant C. Boren, Jr.
*Lead Attorney*
State Bar No. 02664100
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: 650.739.7501
Facsimile: 650.739.7601
bryant.c.boren@bakerbotts.com

Darryl J. Adams
State Bar No. 00796101
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: 512.322.2500
Facsimile: 512.322.2501
darryl.adams@bakerbotts.com

Roger Fulghum
State Bar No. 00790724
Ali Dhanani
State Bar No. 24055400
Michelle J. Eber
State Bar No. 24078727
**BAKER BOTTS L.L.P.**
910 Louisiana St.
Houston, TX 77002
Telephone: 713.229.1234
Facsimile: 713.229.7750
roger.fulghum@bakerbotts.com
ali.dhanani@bakerbotts.com
michelle.eber@bakerbotts.com

Timothy S. Durst
State Bar No. 00786924
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: 214.953.6500

Facsimile: 214.953.6503
tim.durst@bakerbotts.com

Alan D Albright
**BRACEWELL LLP**
111 Congress Ave., Suite 2300
Austin, TX 78701
Telephone: 512-494-3620
Facsimile: 512-472-9123
alan.albright@bracewelllaw.com

*Counsel for Defendants AT&T Corp., AT&T
Communications of Texas, LLC, AT&T
Operations, Inc., AT&T Services, Inc., AT&T
Video Services, Inc., SBC Internet Services, Inc.,
and Southwestern Bell Telephone Co.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certified that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (b)(1) on June 28, 2017.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

<u>*/s/ Jeffrey B. Plies*</u>
Jeffrey B. Plies