IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 SEP 25 PM 3:38

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T CORP. (d/b/a AT&T ADVANCED SOLUTIONS, d/b/a SBC ADVANCED SOLUTIONS), AT&T COMMUNICATIONS OF TEXAS, LLC, AT&T OPERATIONS, INC., AT&T SERVICES, INC., AT&T VIDEO SERVICES, INC., SBC INTERNET SERVICES, INC. (d/b/a AT&T ENTERTAINMENT SERVICES, d/b/a AT&T INTERNET SERVICES, d/b/a PACIFIC BELL INTERNET SERVICES), and SOUTHWESTERN BELL TELEPHONE CO.,<br>    Defendants. | Civil Action No. 1:13-cv-116-LY<br><br>JURY TRIAL DEMANDED |

### **ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY**

The Court, having considered Plaintiff's Unopposed Motion for Withdrawal of Attorney, finds that good cause exists for the requested relief and accordingly is of the opinion that the motion should be **GRANTED.**

**THEREFORE, IT IS ORDERED** that Utsav Gupta be withdrawn as counsel for Plaintiff in the above-captioned matter, and that Mr. Gupta be removed from the service list for this case.

SIGNED this 25th day of September, 2017.

THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE