IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 OCT 17 PM 3:36

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II, LLC, <br> PLAINTIFF, <br> <br> V. <br> <br> AT&T CORP. D/B/A AT&T <br> ADVANCED SOLUTIONS D/B/A SBC <br> ADVANCED SOLUTIONS; AT&T <br> COMMUNICATIONS OF TEXAS, LLC; <br> AT&T OPERATIONS, INC.; AT&T <br> SERVICES, INC.; AT&T VIDEO <br> SERVICES, INC. A/K/A AT&T VIDEO <br> SERVICES, LLC; SBC INTERNET <br> SERVICES, INC. D/B/A AT&T <br> ENTERTAINMENT SERVICES D/B/A <br> AT&T INTERNET SERVICES D/B/A <br> PACIFIC BELL INTERNET SERVICES; <br> AND SOUTHWESTERN BELL <br> TELEPHONE COMPANY, <br> DEFENDANTS. | §§§§§§§§§§§§§§§§§§§ | CAUSE NO. 1:13-CV-116-LY |

## **FINAL JUDGMENT**

Before the court is the above styled and numbered cause. On this date by separate order the court signed a Joint Stipulated Order of Dismissal, by which the parties stipulated to the following: (1) dismiss without prejudice all claims and counterclaims alleged in this action, and any defense thereto; (2) each party shall bear its own costs, expenses, and attorney's fees incurred in this action; (3) the parties waive any right of appeal from the Joint Stipulated Order of Dismissal; and (4) the court retains jurisdiction over the Joint Stipulated Order of Dismissal. Having considered the case file and as nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and counterclaims alleged in this action, and any defense thereto are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs, expenses, and attorney's fees incurred in this action.

**IT IS FURTHER ORDERED** that the parties waive any right of appeal from the Joint Stipulated Order of Dismissal.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Joint Stipulated Order of Dismissal.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this __17th__ day of October, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE