**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T CORP. (d/b/a AT&T ADVANCED SOLUTIONS, d/b/a SBC ADVANCED SOLUTIONS), AT&T COMMUNICATIONS OF TEXAS, LLC, AT&T OPERATIONS, INC., AT&T SERVICES, INC., AT&T VIDEO SERVICES, INC., SBC INTERNET SERVICES, INC. (d/b/a AT&T ENTERTAINMENT SERVICES, d/b/a AT&T INTERNET SERVICES, d/b/a PACIFIC BELL INTERNET SERVICES), and SOUTHWESTERN BELL TELEPHONE CO.,<br><br>  Defendants. | Civil Action No. 1:13-cv-116-LY<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures"), Defendants AT&T Inc., AT&T Corp., AT&T Communications of Texas, LLC, AT&T Operations, Inc., AT&T Services, Inc., AT&T Video Services, Inc., SBC Internet Services, Inc. and Southwestern Bell Telephone Co. hereby jointly stipulate that, under Rule 41(a)(1)(A)(ii) and subject to the approval of the Court, all claims and all counterclaims in the above-captioned actions are dismissed <u>with prejudice</u>, and the parties hereby agree to waive all claims or appeals in the instant case.

Each side will bear its own fees and costs as to the dismissed claims and counterclaims.

1

Date:   December 7, 2017

JOINTLY SUBMITTED BY:

/s/*Jeffrey B. Plies*
Martin J. Black (SBN 050751991)
LEAD ATTORNEY (admitted pro hac vice)
martin.black@dechert.com
**DECHERT LLP**
Cira Centre 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Jeffrey B. Plies (SBN 24027621)
jeffrey.plies@dechert.com
Joshua J. Yi (SBN 24084133)
joshua.yi@dechert.com
**DECHERT LLP**
300 W. 6th Street
Suite 2010
Austin, TX 78701
(512) 394-3000

S. Michael Song (SBN 198656)
(admitted pro hac vice)
michael.song@dechert.com
Justin F. Boyce (SBN 181488)
(admitted pro hac vice)
justin.boyce@dechert.com
**DECHERT LLP**
2440 W. El Camino Real Suite 700
Mountain View, CA 94040-1499
(650) 813-4800

*Counsel for Plaintiff*
*Intellectual Ventures II LLC*

/s/*Roger Fulghum*
Bryant C. Boren, Jr.
*Lead Attorney*
State Bar No. 02664100
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: 650-739-7501
Facsimile: 650-739-7601
bryant.c.boren@bakerbotts.com

Darryl J. Adams
State Bar No. 00796101
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: 512.322.2500
Facsimile: 512.322.2501
darryl.adams@bakerbotts.com

Roger Fulghum
State Bar No. 00790724
Ali Dhanani
State Bar No. 24055400
Lisa Catherine Kelly
State Bar No. 24041659
**BAKER BOTTS L.L.P.**
910 Louisiana St.
Houston, TX 77002
Telephone: 713.229.1234
Facsimile: 713.229.7750
roger.fulghum@bakerbotts.com
ali.dhanani@bakerbotts.com
lisa.kelly@bakerbotts.com

Alan D Albright
**BRACEWELL LLP**
111 Congress Ave., Suite 2300
Austin, TX 78701
Telephone: 512-494-3620
Facsimile: 512-472-9123
alan.albright@bracewelllaw.com

*Counsel for Defendants AT&T Corp., AT&T*
*Communications of Texas, LLC, AT&T Operations,*

2

*Inc., AT&T Services, Inc., AT&T Video Services, Inc., SBC Internet Services, Inc., and Southwestern Bell Telephone Co.*

SO ORDERED this \_\_\_\_ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (b)(1) on December 7, 2017.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/Jeffrey B. Plies*
Jeffrey B. Plies